UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JAN 27 A 8: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.                                                         Case No.: 3:05-cr-339-J-20TEM

PATRICK FITZGERALD PORTER,

_____/

## ORDER

Before the Court is Defendant Patrick Fitzgerald Porter's Motion to Dismiss Charges (Doc. No. 5, filed January 24, 2006). Defendant has failed to serve the Motion on opposing counsel. Accordingly, the Clerk is directed to **STRIKE** the Motion.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Patrick Fitzgerald Porter, pro se
Frank M. Talbot, II, Esq., AUSA