```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                   CASE NO. 3:05-CR-339(S3)-J-33TEM

PATRICK FITZGERALD PORTER
   a/k/a Pete
   a/k/a Pat
   a/k/a P

### **FINAL JUDGMENT OF FORFEITURE**

This matter is before the Court upon the April 17, 2007 Motion and Memorandum of the United States for Issuance of a Final Judgment of Forfeiture (Dkt. 120), that Defendant Patrick Fitzgerald Porter's interest in a Raven, .25 caliber pistol, serial number 1621688, is now subject to final forfeiture to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

WHEREAS, the Court has found that the United States has established the requisite nexus for forfeiture as to the above-described firearm, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), for violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); and

WHEREAS, pursuant to the Court's Preliminary Order of Forfeiture (Dkt. 100), the Bureau of Alcohol, Tobacco, Firearms and Explosives seized the above-described firearm on January 8, 2007 (Dkt. 103); and

WHEREAS, the United States published its Notice of Forfeiture in the <u>Financial News & Daily Record</u>, a newspaper

of general circulation in Duval County, Florida, on February 28, 2007 and March 7 and 14, 2007 (Dkt. 118); and

WHEREAS, no claims have been filed, there are no potential third parties known to the United States who may have an interest in the above-described firearm, and the time for filing such claims has expired pursuant to 21 U.S.C. § 853(n).  It is hereby

ORDERED and ADJUDGED that the motion before the Court (Dkt. 120) is hereby **GRANTED** and that the Raven, .25 caliber pistol, serial number 1621688, be, and hereby is, forfeited to the United States; and with no claims having been filed, it is further

ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the above-described firearm in accordance with the law.

DONE and ORDERED in chambers in Jacksonville, Florida, this <u>30th</u> day of April, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2